IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES H. TAYLOR,
      Plaintiff,

vs.                                Case No.:  3:08cv438/WS/EMT

SANTA ROSA COUNTY, FLORIDA, et al.,
      Defendants.
_____/

## O R D E R

Plaintiff initiated this action by filing a civil rights complaint under 42 U.S.C. § 1983 and a motion for leave to proceed in forma pauperis (Docs. 1, 2).  Upon review of the motion and attached financial affidavit, the court concludes that Plaintiff has failed to provide sufficient information for the court to grant the motion.

Upon review of the motion to proceed in forma pauperis, the court concludes that Plaintiff failed to provide the requisite supporting documentation for the motion, specifically, a financial certificate signed by a prison official with an attached copy of his trust fund account statement covering the six-month period preceding the filing of the complaint.  *See* 28 U.S.C. § 1915(a)(2). Therefore, the motion will be denied without prejudice to Plaintiff's refiling a complete motion with the required supporting documentation.  In order to proceed with this case, Plaintiff must either pay the full filing fee of $350.00 or file a properly completed in forma pauperis application.

Accordingly, it is **ORDERED**:

1.      Plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is **DENIED** without prejudice.

2.      The clerk shall send Plaintiff a motion to proceed in forma pauperis and a prisoner consent form and financial certificate approved for use in the Northern District.  This case number should be written on the forms.

3.      Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall pay the full $350.00 filing fee, or submit a motion to proceed in forma pauperis with a properly completed affidavit of financial status.

4.      Failure to comply with this order may result in a recommendation of dismissal of this action.

**DONE AND ORDERED** this 9th day of October 2008.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**