IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES H. TAYLOR,

       Plaintiff,

v.                                                                                              3:08cv438-WS

SANTA ROSA COUNTY, FLORIDA, et al.,

       Defendants.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 9) docketed December 4, 2008.  The magistrate judge recommends that the plaintiff's case be dismissed without prejudice for failure to comply with an order of the court.   The plaintiff's copy of the report and recommendation was returned to the court as undeliverable.  Doc. 10.

The court having reviewed the record, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 9) is ADOPTED and incorporated by reference into this order of the court.

2.  The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE for failure to prosecute and to comply with an order of the court.

DONE AND ORDERED this   5th   day of   January  , 2009.


                                      s/ William Stafford
                                      WILLIAM STAFFORD
                                      SENIOR UNITED STATES DISTRICT JUDGE